UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC
DO
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/06
```

United States of America,

-v-

Vito Forestier
                    Defendant.

Case No. 05-CR-1280 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for a hearing on all outstanding motions on **June 6, 2006 at 10am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:   April 24, 2006
         New York, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE