UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     GOVERNMENT'S
                                        FORFEITURE BILL
          -v-                     :     OF PARTICULARS

VITO FORESTIER,                   :     05 Cr. 1280 (KMK)

          Defendant.              :

- - - - - - - - - - - - - - - - - - -x

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Count One of the Indictment as alleged in the Forfeiture Allegation, includes the following:

        $ 19,000.00 in United States Currency seized on November 7, 2005, from Vito Forestier and Yvonne Lavayen.

Dated:    New York, New York
          June 1, 2006

                                  Respectfully Submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                        By: _____
                                CHRISTINE MEDING
                                Assistant United States Attorney
                                Telephone: (212)637-2614

**AFFIRMATION OF SERVICE**

RENEE SPILKER, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That I am a paralegal in the office of the United States Attorney for the Southern District of New York.

That on June 2, 2006, I caused one copy of the attached Bill of Particulars to be delivered by first class mail and facsimile to:

> Leslie Jones Thomas, Esq.
> Leslie Jones Thomas & Associates
> 299 Broadway, Suite 1700
> New York, NY 10007
>
> Roland Thau
> Federal Defenders of New York Inc.
> 52 Duane Street, 10th Floor
> New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         June 2, 2006

                                            _____
                                            RENEE SPILKER