

U.S. Department of Justice

United States Attorney
Southern District of New York

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 8/10/06         │
└─────────────────────────────┘
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 7, 2006

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street - Room 920
New York, NY 10007

**MEMO ENDORSED**

   Re:   *United States v. Vito Forestier*
         05 Cr. 1280 (KMK)

Dear Judge Karas:

   Pursuant to the Court's July 21, 2006 Order, please find enclosed for the Court's review a letter addressed to defense counsel describing the information the confidential informant provided to the New York City Police Department about an individual named "Vito" prior to the defendant's arrest on November 6, 2005. The Government will await further instructions from the Court before providing the letter to defense counsel.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *BLMcG*

Brendan R. McGuire
Assistant United States Attorney
212.637.2220

*The Government's proposed discovery letter to counsel for Mr. Forestier is acceptable and should be provided forthwith to ~~~~ him.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/7/06