UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/06

United States of America,

-v-

Vito Forestier

        Defendant.

Case No. 05-CR-1280 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for argument on all outstanding motions on **October 13, 2006 at 11:15am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    September 5, 2006
              New York, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE