# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/06

September 18, 2006

**By hand**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Vito Forestier**
      05 Cr. 1280(KMK)

Your Honor:

On the government's consent (by Brendan R. McGuire, Esq., Assistant United States Attorney, Tel. 212 637-2220) we respectfully request that the parties' briefing schedule be extended from Friday September 22, 2006, to Monday September 25 in preparation for oral argument on October the 13th.

I had originally requested September the 22nd because I was due to start a trial on the 25th but that matter has been adjourned and an extra weekend to prepare our submission to Your Honor will probably improve its coherence and make it shorter.

Respectfully,

Roland Thau
Staff Attorney
Tel. : 212 417-8733

cc: Brendan R. McGuire, Esq., AUSA
    By fax 212 637-2527

The Government and Mr. Forestier are given until September 25, 2006 to submit their post-hearing submissions

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
9/20/06