

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 20, 2006

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street - Room 920
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/06

Re:   *United States v. Vito Forestier*
      05 Cr. 1280 (KMK)

Dear Judge Karas:

As the Court is aware, the parties' post-hearing briefs in the above-referenced case are due September 25, 2006. According to Paragraph 2(B) of the Court's Individual Practices, unless prior permission has been granted, memoranda of law in opposition to motions must be limited to 25 pages. The Government submits this letter to respectfully request permission to file a memorandum that will not exceed 40 pages. In support of this request, the Government notes that the hearing included the testimony of five witnesses, which raised a number of important legal questions for the Government to address simultaneous to the defense.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Brendan R. McGuire*
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

*Both sides may submit a 40-page memorandum of law.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/21/06

cc:   Roland Thau, Esq.
      (via fax)