UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Vito Forestier

            Defendant.

Case No. 05-CR-1280 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

       The above-entitled action having been assigned to the undersigned for all purposes,

       IT IS HEREBY ORDERED that all parties appear with counsel for decision on all outstanding motions on **November 29, 2006 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:     November 9, 2006
             New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE