UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Vito Forestier

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06

Case No. 05-CR-1280 (KMK)

AMENDED ORDER**

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for decision on all outstanding motions on **December 6, 2006 at 2:30pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:   November 27, 2006
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE