UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/06
```

United States of America,

　　-v-

Vito Forestier

　　　　　　　Defendant.

Case No. 05-CR-1280 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record on December 6, 2006, it is hereby

ORDERED, that the defendant's motion to suppress is denied.

The Clerk shall terminate the motion docketed as document # 8.

Dated: December 7, 2006
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Kenneth M. Karas
　　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE