

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 20, 2006

**By Hand**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street - Room 920
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/06
```

    Re:   *United States v. Vito Forestier*
           05 Cr. 1280 (KMK)

Dear Judge Karas:

        On December 18, 2006, the Court set a trial date of January 22, 2007 in the above-referenced case. Although I did not advise the Court at the December 18, 2006 conference, I will be out of the country on a long-scheduled family trip from December 26, 2006 until January 8, 2007. Because the current trial date will only allow two weeks for trial preparation upon my return, the Government respectfully requests that the trial date be adjourned to the week of January 29, 2007 or February 5, 2007 to a date convenient for the Court. I have spoken with defense counsel, Roland Thau, Esq., and he consents to an adjournment of up to two weeks.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    Brendan R. McGuire
    Assistant United States Attorney
    212.637.2220

cc: Roland Thau, Esq.
    (via fax)

*[Handwritten endorsement:]* Trial will be adjourned until February 5, 2007. The other deadlines are adjourned proportionately to this 2-week adjournment. Final Pretrial Conference [struck: Jan] February 1, 2007 @ 2:30 pm. Request to change proposed Voir Dire Due January 24, 2007.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/21/06