# Defenders
## YORK, INC.

Southern District
52 Duane Street - 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 571-0392

January 19, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

**By hand**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street - Room 920
New York, NY 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/22/07]

Re:  **United States v. Vito Forestier**
     05 Cr. 1280(KMK)

Your Honor:

We respectfully request that the following trial scheduling issue be resolved at our next (February 1st, 2:30pm) conference or before that if Your Honor deems it preferable.

As noticed to the government by copy of the enclosed letter to it, we intend to call Dr. Julie Holland, M.D., whose curriculum vita is enclosed, to give the testimony noticed to the government.

Doctor Holland recently entered private practice and her previously scheduled and non-cancelable commitments make it impossible for her to testify until Friday, February the 9th. Since, if we start February 5th as scheduled, all the non-Holland evidence is likely to be completed by the 7th or early on the 8th, we ask that Your Honor consider starting trial on February 6th or recess the trial for the duration of whatever hiatus there might be between the completion of all the other evidence and February the 9th when Dr. Holland would be available.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

enc.
cc: Brendan R. McGuire, Esq., AUSA
    By fax 212 637-2387

*We will begin the trial on February 6, 2007 at 10 am.*

*So Ordered*
*[signature] M.K.*
*1/20/07*