June 8, 2007

**By hand and filed electronically**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>RE</u>:   <u>United States v. Vito Forestier</u>
         05 Cr. 1280 (KMK)

Your Honor:

On the government's consent (by Brendan R. McGuire, Esq., AUSA, Tel. 212 637-2220) we respectfully request that sentence, now scheduled for June 15th, be adjourned to July 6th, or soon thereafter as our sentencing memorandum could not be prepared by June 1st as Your Honor had directed, to give the government an opportunity to respond, and Mr. McGuire will be away from his office a few days between now and then.

                                                                                   Respectfully,

                                                                                   \S\
                                                                                   Roland Thau
                                                                                   Staff Attorney
                                                                                  Tel.: (212) 417-8733

cc:   Brendan R. McGuire, Esq.,
      Assistant United States Attorney
      By fax (212) 637-2387