# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

June 8, 2007

**By hand and filed electronically**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FD: 6/4/07

**RE:    United States v. Vito Forestier**
          **05 Cr. 1280 (KMK)**

Your Honor:

On the government's consent (by Brendan R. McGuire, Esq., AUSA, Tel. 212 637-2220) we respectfully request that sentence, now scheduled for June 15th, be adjourned to July 6th, or soon thereafter as our sentencing memorandum could not be prepared by June 1st as Your Honor had directed, to give the government an opportunity to respond, and Mr. McGuire will be away from his office a few days between now and then.

Respectfully,

Roland Thau
Staff Attorney
Tel.: (212) 417-8733

cc:    Brendan R. McGuire, Esq.,
         Assistant United States Attorney
         By fax (212) 637-2387

Sentence is rescheduled for July 13, 2007, at noon. Submissions on behalf of Mr. Forestier are due 2 weeks prior to that date; the Government's response is due 1 week thereafter.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/11/07