# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

UNITED STATES OF AMERICA

- v -

VITO FORESTIER, Defendant.

Docket Number __05 Cr. 1280 (KMK)__

Honorable Kenneth M. Karas
(District Court Judge)

Notice is hereby given that __the defendant, Vito Forestier__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____
(specify)

entered in this action on __08/20/07__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✓].

Date: __8/20/2007__

TO:
Brendan McGuire, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Vito Forestier Reg. No. 58417-054 MDC

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)              TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br><br>8/20/2007 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _[signature]_    DATE  August 20, 2007

► COURT REPORTER ACKNOWLEDGMENT          To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL